IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,　　　　　　　　　Case No. 3:16-cr-117

　　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　Chief Magistrate Judge Ovington

Michael Pezzino,

　　　　　Defendant.

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Michael Pezzino, hereby waives his right to a speedy trial in order to be set for a Pretrial Conference on _11-9-16_. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: _11-2-16_

_/s/ Sharon L. Ovington_
Chief United States Magistrate Judge

Defendant: _[signature]_

Defense Counsel: _[signature]_