# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FILED
16 NOV -9 AM 11: 45
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

    Plaintiff,

-vs-

Michael Pezzino,

    Defendant.

Case 3:16-cr-117

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Possession of Marijuana, in violation of 21 U.S.C., Section 844, made in Count 1 of the Information, is hereby AMENDED to charge Possession of Drug Paraphernalia, a fourth degree misdemeanor, in violation of O.R.C. Section 2925.14(C)(1).

IT IS SO ORDERED.

Date: 11/9/16

_____
United States Magistrate Judge

_____
Assistant United States Attorney